CAPITAL LAW OFFICES
Denise M. Zingale, Esq.
State Bar No. 190004
1262 E. Hamilton Ave., Ste F
Campbell, CA 95008
Attorney for debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:  ) No. 12-58753CN
)
*Agustin Zarate* )
)
Debtor ) Chapter *13*
)
) SUBSTITUTION OF ATTORNEYS

The debtor(s) substitute(s) Capital Law Offices, 1262 E. Hamilton Ave., Ste F, Campbell, CA 95008 for *herself*, in pro per.

Dated: May 2, 2013

_____
Agustin Zarate

The firm accepts this substitution.

Dated: May 2, 2013

CAPITAL LAW OFFICES

*Denise M. Zingale*
_____
/s/Denise M. Zingale, Esq.
Attorneys for debtor