Entered on Docket
September 24, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed September 24, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

DEVIN DERHAM-BURK, #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA  95150-0013
TELEPHONE:   (408) 354-4413
FACSIMILE:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

AGUSTIN ZARATE,

Debtor.

CHAPTER 13 CASE NO. 12-58753 ASW

ORDER GRANTING MOTION TO DISMISS BY CHAPTER 13 TRUSTEE

Hearing  Date:  September 16, 2013
Hearing  Time:  2:15 p.m.
Judge:  Hon. Arthur S. Weissbrodt
Place:   280 S. First Street, Courtroom 3020
         San Jose, CA 95113

A hearing on the Motion To Dismiss By Chapter 13 Trustee (the "Motion") filed by Devin Derham-Burk, Chapter 13 Standing Trustee (the "Trustee") was held in this case on September 16, 2013 at 2:15 p.m.  Appearances were noted in the record.  Based on the record before the Court, no opposition to the Motion having been filed, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1)      The Motion is granted;

2)      This case is dismissed without prejudice;

3) After payment of allowed adequate protection payments, if any, and administrative costs or fees, the Trustee shall return to the above-captioned debtor (the "Debtor") any remaining balance of the Debtor's funds on hand;

4) Notwithstanding the dismissal of the case, the Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain un-cashed;

5) The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court;

6) Notice of the dismissal shall be served upon all parties by the Clerk of the Court; and

7) The Court shall retain jurisdiction to hear and rule upon motions for review of attorneys' fees.

**\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

Case Name: In re AGUSTIN ZARATE
Case No.: 12-58753 ASW

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE