1  Parada K. Ornelas (SBN 272724)
   pkornelas@piteduncan.com
2  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5
   Attorneys for Movant
6  US Bank National Association, as Trustee for Wells
   Fargo Asset Securities Corporation, Mortgage Pass-
7  Through Certificates Series 2006-AR4

8              **UNITED STATES BANKRUPTCY COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10                                    | Case No. 12-58753-ASW
11  In re                             | Chapter 13
12  AGUSTIN ZARATE,                   | R.S. No. PK -1011
13         Debtor.                    | **MOTION FOR RELIEF FROM**
14                                    | **AUTOMATIC STAY**
15                                    | **PROPERTY**:
                                      | 2925 Rock River Court
16                                    | San Jose, CA 95111
17                                    | **Hearing**:
                                      | Date: October 21, 2013
18                                    | Time: 2:30 pm
                                      | Ctrm: 3020
19
20         US Bank National Association, as Trustee for Wells Fargo Asset Securities

21  Corporation, Mortgage Pass-Through Certificates Series 2006-AR4 ("Movant")[1] will and

22  hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of

23  Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a)

24  as it applies to Movant and the real property located at 2925 Rock River Court, San Jose,

25  California 95111-1233 ("Property").

26         This Motion is based on the Notice of Motion for Relief from Automatic Stay,

27  Memorandum of Points and Authorities in Support of Motion for Relief from Automatic

28  Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed

1 | concurrently herewith, the pleadings and papers on file herein, and upon such oral and

2 | documentary evidence as may be presented by the parties at the hearing.

3 | PITE DUNCAN, LLP

4 |



5 | Dated: September 24, 2013

_____

PARADA K. ORNELAS
6 | Attorneys for Movant US Bank National
Association, as Trustee for Wells Fargo
7 | Asset Securities Corporation, Mortgage
Pass-Through Certificates Series 2006-AR4

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |