```
                         United States Bankruptcy Court
                         Northern District of California
In re:                                                         Case No. 12-58753-ASW
Agustin Zarate                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: admin              Page 1 of 2           Date Rcvd: Sep 25, 2013
                              Form ID: DOC             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
```
db         +Agustin Zarate,    2925 Rock River Court,    San Jose, CA 95111-1233
smg        +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
             Sacramento, CA 94279-0001
reqntc     +Wells Fargo Home Mortgage,    Pite Duncan, LLP,    c/o PARADA KOVADI,
             4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA  P.O. Box 92177-7921
13065783    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13013976   +First American Trustee Servicing Solutio,    P. O. Box 961253,    Fort Worth, TX 76161-0253
13040789   +PITE DUNCAN, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13195200   +US Bank National Association, as Trustee,    Wells Fargo Bank, NA,    ATTN: Bankruptcy Department,
             MAC D3347-014,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
13013978   +Wells Fargo Bank,    P.O. Box 3117,    Winston Salem, NC 27102-3117
13013980    Wells Fargo Home Mortgage,    P. O. Box 659558,    San Antonio, TX 78265-9558
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         EDI: EDD.COM Sep 26 2013 01:48:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Sep 26 2013 01:48:00      CA Franchise Tax Board,    Attn: Special Procedures,
             P.O. Box 2952,    Sacramento, CA  95812-2952
smg         EDI: IRS.COM Sep 26 2013 01:48:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
cr         +EDI: PRA.COM Sep 26 2013 01:48:00      PRA Receivables Management, LLC,    PO Box 41067,
             Norfolk, VA 23541-1067
13013974   +EDI: AMEREXPR.COM Sep 26 2013 01:48:00      American Express,    P. O. Box 981537,
             El Paso, TX 79998-1537
13164760    EDI: BECKLEE.COM Sep 26 2013 01:48:00      American Express Bank FSB,    c/o Becket and Lee LLP,
             POB 3001,    Malvern PA 19355-0701
13013975    EDI: BANKAMER.COM Sep 26 2013 01:48:00      Bank of America,    P. O. Box 982238,
             El Paso, TX 79998-2238
13068753    EDI: IRS.COM Sep 26 2013 01:48:00      Internal Revenue Service,    P O Box 7346,
             Philadelphia, P A 19101-7346
13185799    EDI: PRA.COM Sep 26 2013 01:48:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
             Norfolk, VA 23541
13038914   +EDI: WFFC.COM Sep 26 2013 01:48:00      Wells Fargo Bank,    PO Box 10438,
             Des Moines, IA 50306-0438
13013979   +EDI: WFFC.COM Sep 26 2013 01:48:00      Wells Fargo Bank, N. A.,    P.O. Box 5137,
             Des Moines, IA 50305-5137
13020462   +EDI: WFFC.COM Sep 26 2013 01:48:00      Wells Fargo Card Services,    1 Home Campus,    3rd Floor,
             Des Moines, IA 50328-0001
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          US Bank National Association, as Trustee for Wells
13013977   ##+Gateway Bank, F. S. B.,    2306 Merced Street,    San Leandro, CA 94577-4209
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:
              Arnold L. Graff    on behalf of Creditor    US Bank National Association, as Trustee for Wells
               Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR4
               agraff@piteduncan.com, ecfcanb@piteduncan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Denise M. Zingale    on behalf of Debtor Agustin  Zarate Denise.zingale@gmail.com, Stephanie@CapitalLawOffices.com
         Devin  Derham-Burk     ctdocs@ch13sj.com
         Nanette  Dumas    on behalf of Trustee Devin  Derham-Burk ctdocs@ch13sj.com
         Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,   ltroxas@hotmail.com
         Parada K. Ornelas    on behalf of Requestor   Wells Fargo Home Mortgage pkovadi@piteduncan.com, ecfcanb@piteduncan.com

         TOTAL: 6

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Agustin Zarate<br>Debtor(s) | Case No.: 12−58753 ASW 13<br>Chapter: 13 |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 9/24/13 dismissing the above−captioned case.

Dated: 9/24/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 31