Entered on Docket
January 24, 2014
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed January 24, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

1  DEVIN DERHAM-BURK
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| AGUSTIN ZARATE | ) | Case No. 12-58753 ASW |
| | ) | |
| Debtor | ) | |

### FINAL DECREE

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

\* \* \*  END OF ORDER  \* \* \*