# Notice Recipients

District/Off: 0971−5                  User: rrombawa               Date Created: 1/24/2014

Case: 12−58753                    Form ID: pdfeo                   Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | Denise M. Zingale | Denise.zingale@gmail.com |
| aty | Nanette Dumas | ctdocs@ch13sj.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Agustin Zarate | 2925 Rock River Court | San Jose, CA 95111 |

TOTAL: 1